UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PETER ALLAN,            CIVIL NO. 17-5131 (PJS/DTS)

    Petitioner,

v.            ORDER

EMILY JOHNSON PIPER,
*Commissioner of the Dept. of
Human Services, et al.,*

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated July 2, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's June 6, 2018 letter request for additional storage bins [Docket No. 10] is DENIED.

Dated: 7/24/18

                                       s/Patrick J. Schiltz
                                       PATRICK J. SCHILTZ
                                       United States District Court Judge